**Howell W. WOLTZ, TEP,**
Plaintiff–Appellant,

v.

**UNITED STATES of America; David A. Berkebile, Warden, Defendants–Appellees.**

No. 10–7429.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Oct. 20, 2011.

Howell W. Woltz, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Charles T. Miller, Assis-

tant United States Attorney, Charleston, West Virginia, for Appellees.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz appeals the district court's order accepting the recommendation of the magistrate judge in part and denying relief on his civil complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Woltz v. United States,* No. 5:09–cv–01177–ICB, 2010 WL 3813369 (S.D.W.Va. Sept. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*